29237. WILLIAMS et al. v. DEL-COOK LUMBER COMPANY.

UNDERCOFLER, Justice.
This appeal is from a judgment entered on June 26,

1974, overruling the appellee's motion to dismiss the petition in the instant case. The record does not contain a certificate of the trial judge that the judgment from which the appeal was made is a judgment of such importance that an immediate review should be had. Under the decisions of this court in *Califon Const. Co. v. Highland Apartments, Inc.,* 224 Ga. 610 (163 SE2d 744) and *Levan v. Levan,* 224 Ga. 611 (163 SE2d 739) the appeal must be and is dismissed.

*Appeal dismissed. All the Justices concur.*

SUBMITTED SEPTEMBER 20, 1974 — DECIDED OCTOBER 17, 1974.

*Elsie H. Griner,* for appellants.

*W. D. (Jack) Knight, Knight, Perry & Franklin, J. Reese Franklin,* for appellee.